# UNITED STATES DISTRICT COURT

_____ District of _____

SEAN S. PIGGOTT

Plaintiff

V.

FLORIDA DEPT. OF CORR.
ET. AL

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-10702-NG

I, SEAN S. PIGGOTT, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  SOUZA BARANOWSKI CORR. CTR.

   Are you employed at the institution? YES  Do you receive any payment from the institution? YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☑ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  $4.00 PER DAY WHEN WORK IS AVALIBLE,

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends    ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments    ☐ Yes    ☑ No
   e. Gifts or inheritances    ☐ Yes    ☑ No
   f. Any other sources    ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have any cash or checking or savings accounts?    ☑ Yes    ☐ No

    If "Yes," state the total amount.  $227.80  in Prison Acct,

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    ∅

I declare under penalty of perjury that the above information is true and correct.

April 22, 2005
Date                                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date:** 20050422 08:17

| | | | | | Page: 1 |
|---|---|---|---|---|---|
| Commit# : | W61546 | | SOUZA-BARANOWSKI CORRECTIONAL | | |
| Name : | PIGGOTT, SEAN, , | | Statement From | 20041124 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To | 20050424 | |
| Block : | H1 | | | | |
| Cell/Bed : | 45 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | | | $0.00 | $0.00 |
| 20041124 22:30 | CN - Canteen | 3722805 | | SBCC | ~Canteen Date : 20041124 | $0.00 | $18.01 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3780029 | | SBCC | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20041210 22:30 | CN - Canteen | 3816718 | | SBCC | ~Canteen Date : 20041210 | $0.00 | $26.16 | $0.00 | $0.00 |
| 20041217 22:30 | CN - Canteen | 3851648 | | SBCC | ~Canteen Date : 20041217 | $0.00 | $17.34 | $0.00 | $0.00 |
| 20041221 09:26 | ML - Mail | 3859842 | | SBCC | ~UNKNOWN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20041221 09:26 | MA - Maintenance and Administration | 3859843 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041223 11:14 | ML - Mail | 3880446 | | SBCC | ~LYNN MARIE | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041223 22:30 | CN - Canteen | 3883317 | | SBCC | ~Canteen Date : 20041223 | $0.00 | $24.48 | $0.00 | $0.00 |
| 20041230 22:30 | CN - Canteen | 3915530 | | SBCC | ~Canteen Date : 20041230 | $0.00 | $23.27 | $0.00 | $0.00 |
| 20050107 22:30 | CN - Canteen | 3951820 | | SBCC | ~Canteen Date : 20050107 | $0.00 | $6.86 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3981142 | | SBCC | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20050114 22:30 | CN - Canteen | 3999170 | | SBCC | ~Canteen Date : 20050114 | $0.00 | $15.84 | $0.00 | $0.00 |
| 20050128 22:30 | CN - Canteen | 4056436 | | SBCC | ~Canteen Date : 20050128 | $0.00 | $37.79 | $0.00 | $0.00 |
| 20050208 10:03 | ML - Mail | 4099918 | | SBCC | ~lydia e | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050208 10:03 | MA - Maintenance and Administration | 4099919 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050209 10:02 | ML - Mail | 4105526 | | SBCC | ~UNKNOWN | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110268 | | SBCC | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20050209 23:07 | PY - Payroll | 4132036 | | SBCC | ~20050123 To 20050129 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20050211 22:30 | CN - Canteen | 4141228 | | SBCC | ~Canteen Date : 20050211 | $0.00 | $45.13 | $0.00 | $0.00 |
| 20050214 10:20 | ML - Mail | 4143495 | | SBCC | ~L CHIAMINTO | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050216 23:09 | PY - Payroll | 4164787 | | SBCC | ~20050130 To 20050205 | $8.00 | $0.00 | $0.00 | $0.00 |
| 20050218 22:30 | CN - Canteen | 4172912 | | SBCC | ~Canteen Date : 20050218 | $0.00 | $36.52 | $0.00 | $0.00 |
| 20050223 23:11 | PY - Payroll | 4193724 | | SBCC | ~20050206 To 20050212 | $8.00 | $0.00 | $0.00 | $0.00 |
| 20050302 23:06 | PY - Payroll | 4225388 | | SBCC | ~20050213 To 20050219 | $8.00 | $0.00 | $0.00 | $0.00 |
| 20050304 22:30 | CN - Canteen | 4235021 | | SBCC | ~Canteen Date : 20050304 | $0.00 | $3.47 | $0.00 | $0.00 |
| 20050309 23:09 | PY - Payroll | 4260644 | | SBCC | ~20050220 To 20050226 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050311 22:30 | CN - Canteen | 4269524 | | SBCC | ~Canteen Date : 20050311 | $0.00 | $9.41 | $0.00 | $0.00 |
| 20050314 10:48 | ML - Mail | 4271877 | | SBCC | ~NO NAME | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050314 10:48 | MA - Maintenance and Administration | 4271878 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281406 | | SBCC | | $0.09 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050422 08:17

Commit#: W61546  
Name: PIGGOTT, SEAN,,  
Inst: SOUZA-BARANOWSKI CORRECTIONAL  
Block: H1  
Cell/Bed: 45 /A  

SOUZA-BARANOWSKI CORRECTIONAL  
Statement From 20041124  
To 20050424  

Page: 2

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050316 23:13 | PY - Payroll | 4308145 | | SBCC | ~20050227 To 20050305~Corrected Payroll 20050206 | $12.00 | $0.00 | $0.00 | $0.00 |
| 20050323 23:09 | PY - Payroll | 4339939 | | SBCC | ~20050306 To 20050312 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050323 23:09 | PY - Payroll | 4339964 | | SBCC | ~20050306 To 20050312~Corrected Payroll 20050227 | $8.00 | $0.00 | $0.00 | $0.00 |
| 20050325 22:30 | CN - Canteen | 4348581 | | SBCC | ~Canteen Date : 20050325 | $0.00 | $41.98 | $0.00 | $0.00 |
| 20050330 23:09 | PY - Payroll | 4370876 | | SBCC | ~20050313 To 20050319 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050331 08:26 | IC - Transfer from Inmate to Club A/c | 4371635 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20050401 08:25 | IC - Transfer from Inmate to Club A/c | 4376810 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20050401 22:30 | CN - Canteen | 4380315 | | SBCC | ~Canteen Date : 20050401 | $0.00 | $25.98 | $0.00 | $0.00 |
| 20050404 10:12 | ML - Mail | 4383389 | | SBCC | ~119 HARVARD ST | $200.00 | $0.00 | $0.00 | $0.00 |
| 20050404 10:12 | MA - Maintenance and Administration | 4383391 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050406 23:08 | PY - Payroll | 4408495 | | SBCC | ~20050320 To 20050326 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4421381 | | SBCC | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20050408 22:30 | CN - Canteen | 4434285 | | SBCC | ~Canteen Date : 20050408 | $0.00 | $48.02 | $0.00 | $0.00 |
| 20050413 23:07 | PY - Payroll | 4459311 | | SBCC | ~20050327 To 20050402 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050415 22:30 | CN - Canteen | 4468615 | | SBCC | ~Canteen Date : 20050415 | $0.00 | $48.80 | $0.00 | $0.00 |
| 20050420 23:18 | PY - Payroll | 4489859 | | SBCC | ~20050403 To 20050409 | $20.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $586.79 | $440.96 | $0.00 | $0.00 |

Balance as of ending date :  Personal  Savings

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $227.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

[signature]  
Souza Baranowski Correctional Center.