UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN S. PIGGOTT,<br>    Plaintiff,<br><br>v.<br><br>FLORIDA DEPARTMENT OF<br>CORRECTION, et al.,<br>    Defendants. | C.A. No. 05-10702-NG |

PROCEDURAL ORDER

GERTNER, District Judge

    On April 4, 2005, Plaintiff Sean S. Piggott, an inmate currently confined at the Souza-Baranowski Correctional Center in Shirley, Massachusetts, filed a civil action in which he alleges that the "Florida Commissioner of Correction 'John/Jane Doe'" and other defendants violated his liberty interests and denied him access to the courts.

    Piggott is proceeding <u>pro se</u> in this action. "To the extent the [<u>pro se</u>] plaintiff faces barriers to determining the identities of the unnamed defendants, the court must assist the plaintiff in conducting the necessary investigation." <u>Donald v. Cook County Sheriff's Dept.</u>, 95 F.3d 548, 555 (7th Cir. 1996). In this case, where the plaintiff claims that he does not have access to information concerning Florida law, the Court will identify for Piggott the top administrator of the Florida Department of Corrections:

    James V. Crosby, Jr., Secretary
    Florida Department of Corrections
    Central Office
    2601 Blair Stone Road
    Tallahassee, Florida 32399-2500

The Court orders the Clerk to change the name of the defendant "Florida Commissioner of Correction 'John/Jane Doe'" to "James V. Crosby, Jr., Secretary, Florida Department of Corrections."  Piggott does not need to file a motion to effect this change.

SO ORDERED.

 6/25/2005                           /s/ Nancy Gertner
DATE                                 UNITED STATES DISTRICT JUDGE