UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEAN S. PIGGOTT,                                     No. 05-cv-10702-NG

    Plaintiff,

    v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al,

    Defendants.

NOTICE OF APPEARANCE

    Notice is hereby given that undersigned counsel enters his appearance for Kathleen M. Dennehy, a defendant herein.

                                Respectfully submitted,

                                NANCY ANKERS WHITE
                                Special Assistant Attorney General

Date: August 17, 2005          __/s/ DAVID J. RENTSCH_____
                                David J. Rentsch, Counsel
                                Legal Division
                                Department of Correction
                                70 Franklin Street, Suite 600
                                Boston, MA  02110-1300
                                (617) 727-3300, ext. 142
                                BBO #544926

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to Sean S. Piggott, pro se, by first class mail, postage pre-paid, at the Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, MA  01464.

Date: August 17, 2005          __/s/ DAVID J. RENTSCH_____
                                David J. Rentsch