UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEAN S. PIGGOTT,                                No. 05-cv-10702-NG

    Plaintiff,

    v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al,

    Defendants.

## MOTION FOR EXEMPTION FROM LR 7.1 REQUIRING MOTION CONFERENCE

Defendant Kathleen M. Dennehy, through her counsel, respectfully requests that this Court exempt her from the requirements of LR 7.1(A)(2) for all motions which may be filed in this matter. In support, counsel states that the plaintiff is a *pro se* prisoner and that any attempts to confer with him prior to the filing of motions would be unduly burdensome, create unnecessary delays, and serve no useful purpose.

                                KATHLEEN M. DENNEHY

                                By her attorney,

                                NANCY ANKERS WHITE
                                Special Assistant Attorney General

Date: August 17, 2005        __/s/ DAVID J. RENTSCH_____
                                             David J. Rentsch, Counsel
                                             Legal Division
                                             Department of Correction
                                             70 Franklin Street, Suite 600
                                             Boston, MA  02110-1300
                                             (617) 727-3300, ext. 142
                                             BBO #544926

2

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to Sean S. Piggott, pro se, by first class mail, postage pre-paid, at the Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, MA  01464.

Date: August 17, 2005        __/s/ DAVID J. RENTSCH_____
                                        David J. Rentsch