UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEAN S. PIGGOTT,   No. 05-cv-10702-NG

    Plaintiff,

    v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al,

    Defendants.

### DEFENDANT DENNEHY'S MOTION FOR EXTENSION OF TIME

Defendant Kathleen M. Dennehy hereby moves this Court for an extension of time to answer the complaint against her, up to and including September 16, 2005. In support, counsel states that this case was just recently assigned to him, and he will need additional time to investigate and respond to the allegations in the plaintiff's <u>pro</u> <u>se</u> pleadings.

                                        KATHLEEN M. DENNEHY

                                        By her attorney,

                                        NANCY ANKERS WHITE
                                        Special Assistant Attorney General

Date: August 17, 2005        __/s/ DAVID J. RENTSCH_____
                                        David J. Rentsch, Counsel
                                        Legal Division
                                        Department of Correction
                                        70 Franklin Street, Suite 600
                                        Boston, MA  02110-1300
                                        (617) 727-3300, ext. 142
                                        BBO #544926

2

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to Sean S. Piggott, <u>pro se</u>, by first class mail, postage pre-paid, at the Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, MA  01464.

Date: August 17, 2005          __/s/ DAVID J. RENTSCH_____
                                        David J. Rentsch