UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER:

#U.S.D.C. #05-CV-10702 N.G.

SEAN S. PIGGOTT, PRO SE
   PLAINTIFF,

VS

FLORIDA DEPARTMENT OF CORRECTION,
                  ET AL
   DEFENDANTS.

MOTION FOR TEMPORARY
RESTRAINING ORDER
AND/OR PRELIMINARY
INJUNCTION

   With this instant motion, the plaintiff, Sean S. Piggott, pursuant to Rule 65 - Federal Rules of Civil Procedure, requests this Honorable Court to grant him a temporary restraining order and/or preliminary injunction directing defendants to stop using tactics/actions such as retaliation against him.

   In support hereto, he attaches both, a brief and a sworn affidavit.

Dated: 12/3/05

Respectfully Submitted,
By and For The Plaintiff

Sean S. Piggott
Sean S. Piggott  PRO-SE
Souza-Baranowski Corr. Ctr.
Post Office Box 8000
Shirley, Massachusetts 01464