UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEAN S. PIGGOTT,   No. 05-cv-10702-NG

    Plaintiff,

    v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al,

    Defendants.

### DEFENDANT DENNEHY'S MOTION FOR EXTENSION OF TIME

Defendant Kathleen M. Dennehy hereby moves this Court for a brief extension of time, up to and including December 30, 2005, to file her opposition to the plaintiff's motion for temporary restraining order and/or preliminary injunction (P#17). In support, counsel states that he needs this additional time to investigate and respond to the allegations in the plaintiff's motion.

                                        KATHLEEN M. DENNEHY

                                        By her attorney,

                                        NANCY ANKERS WHITE
                                        Special Assistant Attorney General

Date: December 21, 2005        __/s/ DAVID J. RENTSCH_____
                                        David J. Rentsch, Counsel
                                        Legal Division
                                        Department of Correction
                                        70 Franklin Street, Suite 600
                                        Boston, MA  02110-1300
                                        (617) 727-3300, ext. 142
                                        BBO #544926

2

CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to each of the following persons by first class mail, postage pre-paid:

- Sean S. Piggott, pro se,
  Souza-Baranowski Correctional Center
  P.O. Box 8000
  Shirley, MA  01464; and,

- Joe Belitzky, Esq.
  Senior Assistant Attorney General
  Office of the Attorney General
  The Capitol, PL-01
  Tallahassee, FL  32399-1050

Date: December 21, 2005           __/s/ DAVID J. RENTSCH_____
                                  David J. Rentsch