**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.

**# 05-10702-NG**

Sean S. Piggott,          :
      **Plaintiff**,        :
                    :    Plaintiff's Pro Se:
                    :
**VS**                    :
                    :    Motion For Modification
Florida Department of Correc- :   of Payment(s) of Filing
tion, et al.,             :    Fees or in The Alternative,
      **Defendants**.       :    Request For Waiver of Filing
_____:    Fees

        With This instant Motion, The plaintiff, Sean S. Piggott,
respectfully moves this Honorable Court to issue an order that
would subsequently modify the payments of the filing fees in this
instant case to be paid at the conclusion of this case or in the
alternative, he moves for an order that would subsequently allow
the filing fees to be waived in the instant case.

        In support herein, the plaintiff submits an affidavit
(sworn affidavit) detailing chain of events relevant to the Courts'
Order for payment of filing fees.

                        Respectfully Submitted,
                        By and For The Plaintiff, pro se

Dated: __/ / 23__/2006          _Sean S. Piggott_  PRO-SE
                        Sean S. Piggott    (pro se)

**CERTIFICATE OF SERVICE**     Souza-Baranowski Correctional Center
                        Post Office Box 8000
                        Shirley, Massachusetts 01464-8000
I HEREBY CERTIFY THAT A TRUE
AND CORRECT COPY OF THIS DOCUMENTS TOGETHER WITH THE ATTACHED
SWORN AFFIDAVIT WAS SERVED UPON THE DEFENDANTS' COUNSEL VIA
FIRST CLASS MAIL ON THIS _____ DAY OF 2006

                _Sean S. Piggott_  PRO-SE
                Sean S. Piggott    (pro se)

SWORN AFFIDAVIT
OF
**SEAN S. PIGGOTT**

Under oath, I State the Following:

1. My name is Sean S. Piggott.

2. I am a state prisoner for both, the
   Commonwealth of Massachusetts (Currently)
   and the state of Florida (From and After).

3. On or about _✗/ ✗/ 2005_ I filed a Pro Se-
   Civil Action Complaint against both the
   Commonwealth of Massachusetts and the State
   of Florida for not furnishing me with access
   to Courts (Florida Law), thus, I was and
   still am not allowed to challenge my Florida
   sentence/conviction.

4. On or about _6/25/05_, I was ordered by
   this Court to pay the filing fees - An initial
   partial filing fee of **$23.47**...assessed pur-
   suant to 28 U.S.C. § 1915(b)(1). The remainder
   of the fee **$226.53** ...to be assessed in accor-
   dance with 28 U.S.C. § 1915(b)(2).

5. Since that Court order as mentioned within
   paragraph 4 of this Affidavit, both, ciraum-
   stances has changed as well as the Defendants'
   agents are not following that Court Order in
   the way that they should. This is why I ask
   this Honorable Court to modify the payments
   as to I be ordered to pay its full amount at
   the closing of this case or in the alternative,
   waive the filing fees.

6. After **3** years (on and off) working as a painter
   here at Souza-Baranowski Correctional Center, I
   am now have been unemployed for the past 16 or so
   weeks, in which there are potential issues of
   retaliation on part of the defendants due to the
   filing of this case.

7. Also, I received pay for October 2005 (October 8
   thru October 16) and ((October 22 thru October 29)
   on January 05, 2006 - two months late. They put
   half the money for the pay on my Institutional
   **"Personal Account"** and half on my institutional
   **"Savings Account"**. [NOTE: SINCE 2003 thru 2005 ALL
   MONIES WERE PLACED IN MY PERSONAL ACCOUNT IN WHICH
   I WAS ALLOWED TO SPEND. AS A LIFER ALL MONIES ARE
   PLACED IN PERSONAL ACCOUNTS. I HAVE NOW BEEN TOLD
   THAT THIS WILL NOT BE DONE FOR ME - AND ONLY ME FOR
   NOW ON - AGAIN RAISING A POTENTIAL RETALIATION
   CLAIM ON PART OF THE DEFENDANTS.] **SEE Attachment "A"**

8. This Honorable Court ordered the prison tresurer to take 20 per-cent (20%) each month from the total amount of the balance of my prison account and mail it to the Clerk's Office the first week of the month so that I could attempt to help pay for the filing fees in the instant case. This was not done and as a result, I have a $58.48 freeze on my account creating a ripple effect.

9. The ripple effect being that due to institutional or departmental rules in reference to indigency ($10.00 or more within the last/prior sixty days results in a non-indigent status) therefore, they do not assist prisoners with the mailing of mail-legal or otherwise, coupled with the freeze on the account(s) have kept me from filing various motions and/or responses to the coutt.

> FOR AN EXAMPLE: I TRIED TO MAIL MY RESPONSE TO DEFENDANTS' OPPOSITION TO MY TRO/PI IN THE SAME MANNER AS MY PAST MOTIONS HAD BEEN MAILED BY USING A CHARGE SLIP. **SEE ATTACHED 4 SLIPS - ATTACHMENTS "B", "C", "D" and "E"**.

> I COMPLETED THE ABOVE MENTIONED WORK ON January 09, 2006 AND POSTED THE MAIL AT THE ASSIGNED LOCATION, IN FRONT OF THE CHOW HALL DURING CHOW CALL (5:00 pm) AS POLICY DIC-TATES.

> ON JANUARY 10, 2006 THE UNIT CASE WORKER SHOWED ME A PRINTOUT OF MY INSTITUTIONAL ACCOUNTS - $20.00 in personal account and $20.00 Savings. And a $56.00 Freeze, thus, MY MAIL WAS NOT ALLOWED TO GO OUT TO THE CLERK'S OFFICE AT THIS HONORABLE COURT - NOR D.O.C. LEGAL - FLORIDA LEGAL (ALL PARTIES INVOLVED IN THIS INSTANT CASE.)

> I SPOKE WITH THE SUPERINTENDENT, WHOM IS AN AGENT OF DEFENDANT KATHLEEN M. DENNEHY; COMMISSIONER OF CORRECTION, AND WAS TOLD THAT I HAD TO HAVE $ 10.00 OR LESS IN MY PRISON ACCOUNTS FOR 60 DAYS BEFORE THEY WOULD COVER LEGAL MAIL UP TO 1 (ONE) ONCE, WHICH PUTS ME BETWEEN A ROCK AND A HARD PLACE. I AM FORCED TO BORROW STAMPS AND MANILLA ENVE-LOPES FROM OTHERS IN ORDER TO GET THIS INFORMATION TO THIS HONORABLE COURT.

10. I am at a disadvantage due to these actions that I
    have mentioned within paragraph 9 (nine) of this
    Affidavit, coupled with the fact that they, instead
    of taking out 20% of the total amount in my accounts,
    as ordered by this Honorable Court, they wait until
    it is convinient for them, in which at the same time
    it puts a burden on me, before they take out that
    mentioned 20%, thus, creating an unfair hardship on
    me.

11. By taking my accounts and freezing them, coupled with
    retaliating against me by taking away my prison job,
    the only means for me to pay, as well as not following
    what they had been doing for years prior to the filing
    of this instant case, and that is keeping all the
    monies in one account, they have now elected to seper-
    ate them into two accounts since the filing of this
    instant case. Again, creating a negative ripple effect.

12. I, in an attempt to show cause, have submitted to this
    Honorable Court a printout of the last six (6) months
    of my prison accounts. This will show a reduction for
    October 2005. As a result the $58.48 freeze is in place.
    When I was sent to segregation for the document pending
    investigation October 27, 2005. My canteen purchase
    deduction is reflected in the deduction coloum ($32.00).
    As I was unavailable to receive canteen, due to I being
    in the segregation unit, this $32.00 was reimbursed as
    a income $32.00 and recharged 20% for filing fee. Also
    when I was sent/transferred to the Lenel Shattuck Hos-
    pital, my entire $99.00 was transfered as an expense.
    **See Attachment "F"**. The printout will reflect that this
    money was also transfered back into it as an income and
    once again charged with 20%, again creating a ripple
    effect.

SIGNED ON THIS **23** DAY OF _January_, 2006 UNDER THE PAINS AND
PENALTIES OF PERJURY.

_Sean S. Piggott_        PRO-SE
SEAN S. PIGGOTT        PRO SE
SOUZA-BARANOWSKI CORRECTIONAL CENTER
POST OFFICE BOX 8000
SHIRLEY, MASSACHUSETTS 01464

```
******************************
COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
SOUZA-BARANOWSKI CORRECTIONAL

Payroll Statement
******************************
```

Inmate: W61546  PIGGOTT, SEAN                      Block: H1
Date: 2006 0105 08:39:30                            Room: 50

| Job Code | Description | Units Worked | Reg./O.T. | Total Amount | Personal Amount | Savings Amount |
|----------|-------------|--------------|-----------|--------------|-----------------|----------------|
|          | Institutional Employment |  |  |  |  |  |
|          | Pay Period 2005 1218  To 2005 1224 |  |  |  |  |  |
| 9106 | Prog. Area Offices | 4.00 | R | 20.00 | 20.00 | 20.00 |

*# 1 attachment A*

*for oct. 8 – 16 th ⎤ 2005*
*oct 22 – 29 th ⎦*

*Received*
*1/5/06*   *2 months late*

*※ Note as a lifer I should have all monies on personal acct. see all other payroll statements since 2003. 2004, 2005,*
*※ Note this was a deleberət act. as I will account in my letter.*

B.

**Souza-Baranowski Correctional Center Charge Slip**
Date: _12/5/05_

Inmate Number: _W61546_

Inmate Name: _SEAN Piggott_

Amount to be charged: $ _? 83_

Payable To: _Postage_

For: _Legal Work / file_

Inmate Signature: _Sean Piggott_   Block: _H-1_

Approval: Staff Member _M. ____

**IF SLIP IS $75.00 OR OVER IT MUST BE COUNTERSIGNED BELOW.**

Approval: IPS ___ DEC 0 5 2005 ___

Check #: _____   Date: _____

---

C.

**Souza-Baranowski Correctional Center Charge Slip**
Date: _12/5/05_

Inmate Number: _W61546_

Inmate Name: _SEAN Piggott_

Amount to be charged: $ _106_

Payable To: _Postage_

For: _United States District Court Federal Judge N.G._

Inmate Signature: _Sean Piggott_   Block: _H-1_

Approval: Staff Member _____

**IF SLIP IS $75.00 OR OVER IT MUST BE COUNTERSIGNED BELOW.**
DEC 0 5 2005

Approval: IPS _____

Check #: _____   Date: _____

---

**Souza-Baranowski Correctional Center Charge Slip**
Date: _12/3/05_

D.

Inmate Number: _W61546_

Inmate Name: _SEAN Piggott_

Amount to be charged: $ _? 83_

Payable To: _Postage_

For: _motions to D.O.C. Mass. R.M.D.,_

Inmate Signature: _Sean Piggott_   Block: _H-1_

Approval: Staff Member _M. ____

**IF SLIP IS $75.00 OR OVER IT MUST BE COUNTERSIGNED BELOW.**

Approval: IPS ___ DEC 0 5 2005 ___

Check #: _____   Date: _____

---

**Souza-Baranowski Correctional Center Charge Slip**
Date: _12/3/05_

E.

Inmate Number: _W61546_

Inmate Name: _SEAN Piggott_

Amount to be charged: $ _83_

Payable To: _Postage_

For: _James V. Crosby Grada DOC._

Inmate Signature: _Sean Piggott_   Block: _H-1_

Approval: Staff Member _M. ____

**IF SLIP IS $75.00 OR OVER IT MUST BE COUNTERSIGNED BELOW.**
DEC 0 5 2005

Approval: IPS _____

Check #: _____   Date: _____

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20060113 09:58**

| | | | | |
|---|---|---|---|---|
| Commit# : | W61546 | | SOUZA-BARANOWSKI CORRECTIONAL | Page : 1 |
| Name : | PIGGOTT, SEAN, , | | Statement From 20051231 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To 20060113 | |
| Block : | H1 | | | |
| Cell/Bed : | 50 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $3,732.44 | $3,731.99 | $0.00 | $0.00 |
| 20060104 08:34 | IC - Transfer from Inmate to Club A/c | 5893383 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906189 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051009 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906191 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051023 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906190 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051009 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906192 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051023 | $0.00 | $0.00 | $10.00 | $0.00 |
| | | | | | | $20.00 | $0.37 | $20.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $20.08 | $20.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $20.08 | $20.00 | $58.48 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION
### SOUZA-BARANAOWSKI CORRECTIONAL

| Date: 2006 0113 14:02:27 | | | Inmate Income Receipt | | Receipt # 5955689 | |
|---|---|---|---|---|---|---|

| Institution : | SOUZA-BARANOWSKI CORRECTIONAL | | | | | |
|---|---|---|---|---|---|---|
| Unit : | H | | | | | |
| Block: | 50 | | | | | |
| Commit # : | W61546 | | | | | |
| Name : | PIGGOTT, SEAN | | | | | |
| Type Of Transaction : | ML - Mail | | | | | |
| Date of Transaction : | 20060113 | | | | | |
| Source : | Money Order | | | | | |
| External Contact : | | | | | | |
| Amount : | $    50.00 | | | | | |
| Comments : | NO NAME | | | | | |

Current Balances :

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 69.08 | 20.00 | 58.48 | .00 | .00 | .00 |

# COMMONWEALTH OF MASSACHUSETTS

## DEPARTMENT OF CORRECTION

### INMATE GRIEVANCE FORM

### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| Name | PIGGOTT SEAN | | Grievance# | 14793 | Institution | SOUZA-BARANOWSKI |
|------|------|------|------|------|------|------|

| Commit No. | W61546 | Housing | H1 | | Date Of Incident | CORRECTIONAL |
|------|------|------|------|------|------|------|

| | | | | | | 20051101 | Date Of Grievance | 20051115 |

**Complaint**   After return from LSH on 11/1/05 at 1:00pm officers Harvy 7to3 and officerr Canty 7to3 escorted piggot to SMU M3 #27.  Officer Canty relived me of my sweat shorts placed em in a bag with all copies of receipts handed them to Sgt. Brule 7 to3 SMU m3.  Piggot was discharged from PI Status on 11/11/05 at 5:00pm officer Ayala looked for my shorts and could not find them.

**Remedy Requested**   Replace

**Staff Recipient**   Carney Ryan M  CPO I

**Staff Involved**

**Signature**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received**  20051129    **Decision Date**  20051229

**Signature**   Carney Ryan M  CPO I

**Final Decision**  APPROVED

**Decision**   Inmate's grievance is approved and will be reimbursed $14.95 for a pair of shorts.

**Signature**    (signature)                              **Date**   12·29·05

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### INMATE RECEIPT

| Name | PIGGOTT SEAN | | | | Institution | SOUZA-BARANOWSKI |
|------|------|------|------|------|------|------|

| Commit No. | W61546 | Grievance# | 14793 | Date Received | CORRECTIONAL |
|------|------|------|------|------|------|

| | | | | | 20051129 |

**Signature.**   Carney Ryan M  CPO I

need this Back
And or Copies

## Lifer Fund Transfer Request

TO:     Institutional Treasurer

RE:     SEAN PISSOTT
        Inmate's Name

DATE: 1/5/06

Comm #: W61546

Unit: H-1  50

In accordance with Massachusetts General Laws, Section 48A of Chapter 127 as most recently ammended and Department of Correction Policy 103 DOC 405, under the criteria of an inmate serving a life sentence (1st and 2nd degree), please transfer from savings account to personal account ALL funds>

This request is to remain in effect until further notice or till the time of application for commutation or parole.

Signature: _Sean Pissott_          Date: 1/5/06
           inmate signature

---

### Unit Team Verification

The above named inmate is serving a life sentence and has not applied for commutation or parole.

Charge: A+B, B+E, Habitual  } see      PE: 8/20/03  (waived)
Sentence: 4-5, 7-10          } attached  6ED: 8/20/06

Signature: _____          Date: 1/9/06

---

### Superintendents Approval

Authorization : _____          Date: _____
                Superintendent signature

Request is not valid until signed by the Superintendent.

* Inmate has a pending life sentence F+A in Floreda which he will lee released to.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

#6

**Date : 20050708 10:54**

| Commit# : | W61546 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | Page : 1 |
| Name : | PIGGOTT, SEAN, , | | | | | | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | Statement From | 20050706 | | | |
| Block : | H1 | | | | To | 20050708 | | | |
| Cell/Bed : | 50 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $3,083.96 | $2,913.86 | $0.00 | $0.00 |
| 20050706 12:25 | EX - External Disbursement | 4884177 | 26702 | SBCC | ~FILING FEE 1-05CV10702~U.S DISTRICT COURT  #1-05CV10702 | $0.00 | $23.47 | $0.00 | $0.00 |
| 20050706 12:25 | MA - Maintenance and Administration | 4884179 | | SBCC | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050707 11:18 | EX - External Disbursement | 48971~~ | | | DISTRICT COURT | | $23.47 | $0.00 | $0 00 |
| 20050708 09:28 | ML - Mail | 4902618 | | SBCC | ~UNKNOWN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050708 10:54 | | | | | DISTRICT COURT | | $0.00 | $0.00 | $0.00 |
| | | | | | | $73.47 | $47.94 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| **Balance as of ending date :** | $194.62 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $194.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

You do not need to do
anything, We will process
once a month, until pd.
and Send Statement.

********************************

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**SOUZA-BARANOWSKI CORRECTIONAL**

**Payroll Statement**
********************************

Inmate: W61546   PIGGOTT, SEAN                    Block: G1

Date: 2003 1226 09:38:17                          Room: 50

| Job Code | Description | Units Worked | Reg./O.T. | Total Amount | Personal Amount | Savings Amount |
|----------|-------------|--------------|-----------|--------------|-----------------|----------------|
| | Institutional Employment | | | | | |
| | Pay Period 2003 1207   To 2003 1213 | | | | | |
| 9106 | Prog. Area Offices | 4.00 | O | 20.00 | 20.00 | .00 |

all the way back to 2003

```
********************************
    COMMONWEALTH OF MASSACHUSETTS
      DEPARTMENT OF CORRECTION
     SOUZA-BARANOWSKI CORRECTIONAL

            Payroll Statement
********************************
```

Inmate: W61546   PIGGOTT, SEAN                    Block: G1

Date: 2004 0217 12:05:34                          Room: 50

| Job Code | Description | Units Worked | Reg./O.T. | Total Amount | Personal Amount | Savings Amount |
|----------|-------------|--------------|-----------|--------------|-----------------|----------------|
| | Institutional Employment | | | | | |
| | Pay Period 2004 0125   To 2004 0131 | | | | | |
| 9106 | Maint. Bathrms/Janitors Closet | 4.00 | R | 20.00 | 40.00 | .00 |

*Note even when they miss a ~~week~~ Double Pay.*

```
********************************
    COMMONWEALTH OF MASSACHUSETTS
      DEPARTMENT OF CORRECTION
     SOUZA-BARANOWSKI CORRECTIONAL

            Payroll Statement
********************************
```

Inmate: W61546   PIGGOTT, SEAN                    Block: G1

Date: 2004 0422 08:21:27                          Room: 50

| Job Code | Description | Units Worked | Reg./O.T. | Total Amount | Personal Amount | Savings Amount |
|----------|-------------|--------------|-----------|--------------|-----------------|----------------|
| | Institutional Employment | | | | | |
| | Pay Period 2004 0404   To 2004 0410 | | | | | |
| 9106 | Prog. Area Offices | 4.00 | O | 20.00 | 20.00 | .00 |
| | Institutional Employment | | | | | |
| | Pay Period 2004 0404   To 2004 0410 | | | | | |
| 9106 | Prog. Area Offices | 4.00 | R | 20.00 | 40.00 | .00 |

*3 weeks in same day*

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**SOUZA-BARANOWSKI CORRECTIONAL**

**Payroll Statement**
********************************

Inmate: W61546  PIGGOTT, SEAN                     Block: G1
Date: 2004 0304 11:29:19                           Room: 50

| Job Code | Description | Units Worked | Reg./O.T. | Total Amount | Personal Amount | Savings Amount |
|----------|-------------|--------------|-----------|--------------|-----------------|----------------|
| | Institutional Employment | | | | | |
| | Pay Period 2004 0125  To 2004 0131 | | | | | |
| 9106 | Maint. Bathrms/Janitors Closet | 4.00 | R | 20.00 | 40.00 | .00 |
| | Institutional Employment | | | | | |
| | Pay Period 2004 0201  To 2004 0207 | | | | | |
| 9106 | Maint. Bathrms/Janitors Closet | 4.00 | O | 20.00 | 20.00 | .00 |
| | Institutional Employment | | | | | |
| | Pay Period 2004 0201  To 2004 0207 | | | | | |
| 9106 | Maint. Bathrms/Janitors Closet | 4.00 | R | 20.00 | 20.00 | .00 |
| | Institutional Employment | | | | | |
| | Pay Period 2004 0208  To 2004 0214 | | | | | |
| 9106 | Maint. Bathrms/Janitors Closet | 5.00 | O | 20.00 | 20.00 | .00 |
| | Institutional Employment | | | | | |
| | Pay Period 2004 0215  To 2004 0221 | | | | | |
| 9106 | Prog. Area Offices | 4.00 | O | 20.00 | 20.00 | .00 |
| | Institutional Employment | | | | | |
| | Pay Period 2004 0215  To 2004 0221 | | | | | |
| 9106 | Prog. Area Offices | 4.00 | R | 20.00 | 20.00 | .00 |

*7 weeks in one day all in personal None in Savings.*

*because I wasn't paid for 7 weeks*

**************************************

## COMMONWEALTH OF MASSACHUSETTS
### DEPARTMENT OF CORRECTION
### SOUZA-BARANOWSKI CORRECTIONAL

### Payroll Statement
**************************************

Inmate: W61546   PIGGOTT, SEAN

Date: 2004 0729 08:07:39

Block: L2

Room: 58

| Job Code | Description | Units Worked | Reg./O.T. | Total Amount | Personal Amount | Savings Amount |
|----------|-------------|--------------|-----------|--------------|-----------------|----------------|
| | Institutional Employment | | | | | |
| | Pay Period 2004 0711   To 2004 0717 | | | | | |
| 9106 | Maint. Bathrms/Janitors Closet | 4.00 | R | 12.00 | 12.00 | .00 |
| | Institutional Employment | | | | | |
| | Pay Period 2004 0711   To 2004 0717 | | | | | |
| 9106 | Maint. Bathrms/Janitors Closet | 4.00 | R | 20.00 | 20.00 | .00 |

```
********************************
COMMONWEALTH OF MASSACHUSETTS
    DEPARTMENT OF CORRECTION
 SOUZA-BARANOWSKI CORRECTIONAL

         Payroll Statement
********************************
```

Inmate: W61546  PIGGOTT, SEAN                    Block: H1

Date: 2005 0210 08:28:54                         Room: 45

| Job Code | Description | Units Worked | Reg./O.T. | Total Amount | Personal Amount | Savings Amount |
|----------|-------------|--------------|-----------|--------------|-----------------|----------------|
| | Institutional Employment | | | | | |
| | Pay Period 2005 0123  To 2005 0129 | | | | | |
| 9106 | Prog. Area Offices | 4.00 | R | 12.00 | 12.00 | .00 |

```
********************************
COMMONWEALTH OF MASSACHUSETTS
    DEPARTMENT OF CORRECTION
 SOUZA-BARANOWSKI CORRECTIONAL

         Payroll Statement
********************************
```

Inmate: W61546  PIGGOTT, SEAN                    Block: H1

Date: 2005 0224 08:20:04                         Room: 45

| Job Code | Description | Units Worked | Reg./O.T. | Total Amount | Personal Amount | Savings Amount |
|----------|-------------|--------------|-----------|--------------|-----------------|----------------|
| | Institutional Employment | | | | | |
| | Pay Period 2005 0206  To 2005 0212 | | | | | |
| 9106 | Prog. Area Offices | 2.00 | O | 8.00 | 8.00 | .00 |

all in personal savings
None in
see all for slips
except. # ①

**********************************

### COMMONWEALTH OF MASSACHUSETTS
### DEPARTMENT OF CORRECTION
### SOUZA-BARANOWSKI CORRECTIONAL

#### Payroll Statement
**********************************

Inmate: W61546    PIGGOTT, SEAN                          Block: M3

Date: 2005 0602 09:41:09                                 Room: 17

| Job Code | Description | Units Worked | Reg./O.T. | Total Amount | Personal Amount | Savings Amount |
|----------|-------------|--------------|-----------|--------------|-----------------|----------------|
| | Institutional Employment | | | | | |
| | Pay Period 2005 0515   To 2005 0521 | | | | | |
| 9106 | Prog. Area Offices | 4.00 | O | 24.00 | 24.00 | .00 |

*allen Personal*

*No matter how much          00 in Savings*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date : 20060120 12:32**

| | | | | | |
|---|---|---|---|---|---|
| **Commit# :** | W61546 | | | **SOUZA-BARANOWSKI CORRECTIONAL** | Page : 1 |
| **Name :** | PIGGOTT, SEAN, , | | | **Statement From** 20050620 | |
| **Inst :** | SOUZA-BARANOWSKI CORRECTIONAL | | | **To** 20060120 | |
| **Block :** | H1 | | | | |
| **Cell/Bed :** | 50 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $3,012.95 | $2,838.04 | $0.00 | $0.00 |
| 20050624 22:30 | CN - Canteen | 4834661 | | SBCC | ~Canteen Date : 20050624 | $0.00 | $49.96 | $0.00 | $0.00 |
| 20050627 10:05 | ML - Mail | 4836906 | | SBCC | ~RANDY HALL | $70.00 | $0.00 | $0.00 | $0.00 |
| 20050627 10:05 | MA - Maintenance and Administration | 4836908 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050630 22:30 | CN - Canteen | 4863180 | | SBCC | ~Canteen Date : 20050630 | $0.00 | $24.86 | $0.00 | $0.00 |
| 20050706 12:25 | EX - External Disbursement | 4884177 | 26702 | SBCC | ~FILING FEE 1-05CV10702~U S. DISTRICT COURT #1-05CV10702 | $0.00 | $23.47 | $0.00 | $0.00 |
| 20050706 12:25 | MA - Maintenance and Administration | 4884179 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050707 11:18 | EX - External Disbursement | 4897199 | 26728 | SBCC | ~COURT COST~UNITED STATES DISTRICT COURT | $0.00 | $23.47 | $0.00 | $0.00 |
| 20050708 09:28 | ML - Mail | 4902618 | | SBCC | ~UNKNOWN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050708 10:54 | VC - Voided Check | 4903328 | 26728 | SBCC | ~COURT COST~UNITED STATES DISTRICT COURT | $23.47 | $0.00 | $0.00 | $0.00 |
| 20050708 22:30 | CN - Canteen | 4904530 | | SBCC | ~Canteen Date : 20050708 | $0.00 | $44.60 | $0.00 | $0.00 |
| 20050712 10:32 | IC - Transfer from Inmate to Club A/c | 4914469 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050712 10:32 | IC - Transfer from Inmate to Club A/c | 4914473 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4925063 | | SBCC | | $0.64 | $0.00 | $0.00 | $0.00 |
| 20050715 22:30 | CN - Canteen | 4955650 | | SBCC | ~Canteen Date : 20050715 | $0.00 | $17.27 | $0.00 | $0.00 |
| 20050722 22:30 | CN - Canteen | 4987811 | | SBCC | ~Canteen Date : 20050722 | $0.00 | $8.43 | $0.00 | $0.00 |
| 20050729 22:30 | CN - Canteen | 5018266 | | SBCC | ~Canteen Date : 20050729 | $0.00 | $10.94 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5039968 | | SBCC | | $0.53 | $0.00 | $0.00 | $0.00 |
| 20050805 22:30 | CN - Canteen | 5072850 | | SBCC | ~Canteen Date : 20050805 | $0.00 | $7.13 | $0.00 | $0.00 |
| 20050810 23:21 | PY - Payroll | 5099561 | | SBCC | ~20050724 To 20050730 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050812 22:30 | CN - Canteen | 5109872 | | SBCC | ~Canteen Date : 20050812 | $0.00 | $19.11 | $0.00 | $0.00 |
| 20050819 22:30 | CN - Canteen | 5142870 | | SBCC | ~Canteen Date : 20050819 | $0.00 | $25.96 | $0.00 | $0.00 |
| 20050824 23:22 | PY - Payroll | 5164480 | | SBCC | ~20050807 To 20050813 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050824 23:22 | PY - Payroll | 5164507 | | SBCC | ~20050807 To 20050813~Corrected Payroll 20050731 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050829 12:12 | CN - Canteen | 5176362 | | SBCC | ~Canteen Date : 20050826 | $0.00 | $7.56 | $0.00 | $0.00 |
| 20050831 23:21 | PY - Payroll | 5195026 | | SBCC | ~20050814 To 20050820 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050901 08:20 | IC - Transfer from Inmate to Club A/c | 5196427 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050901 08:20 | IC - Transfer from Inmate to Club A/c | 5196432 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050901 08:21 | IC - Transfer from Inmate to Club A/c | 5196433 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050901 08:21 | IC - Transfer from Inmate to Club A/c | 5196438 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050902 04:39 | CN - Canteen | 5205478 | | SBCC | ~Canteen Date : 20050901 | $0.00 | $21.28 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20060120 12:32**

| Commit# : | W61546 | | SOUZA-BARANOWSKI CORRECTIONAL | | | Page : 2 |
|---|---|---|---|---|---|---|
| Name : | PIGGOTT, SEAN, , | | Statement From | 20050620 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To | 20060120 | | |
| Block : | H1 | | | | | |
| Cell/Bed : | 50 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050902 11:42 | EX - External Disbursement | 5207984 | 27659 | SBCC | ~FILING FEE AUG~U.S. DISTRICT COURT 1:05-CV-10702 | $0.00 | $16.11 | $0.00 | $0.00 |
| 20050902 11:42 | MA - Maintenance and Administration | 5207986 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5247706 | | SBCC | | $0.42 | $0.00 | $0.00 | $0.00 |
| 20050909 22:30 | CN - Canteen | 5261212 | | SBCC | ~Canteen Date : 20050909 | $0.00 | $21.65 | $0.00 | $0.00 |
| 20050912 09:53 | ML - Mail | 5263824 | | SBCC | ~UNKNOWN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050914 23:44 | PY - Payroll | 5285357 | | SBCC | ~20050828 To 20050903~Corrected Payroll 20050821 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050916 22:30 | CN - Canteen | 5296491 | | SBCC | ~Canteen Date : 20050916 | $0.00 | $31.15 | $0.00 | $0.00 |
| 20050923 22:30 | CN - Canteen | 5328794 | | SBCC | ~Canteen Date : 20050923 | $0.00 | $8.05 | $0.00 | $0.00 |
| 20050928 23:19 | PY - Payroll | 5351215 | | SBCC | ~20050911 To 20050917~Corrected Payroll 20050904 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050928 23:19 | PY - Payroll | 5351216 | | SBCC | ~20050911 To 20050917~Corrected Payroll 20050828 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050930 22:30 | CN - Canteen | 5360902 | | SBCC | ~Canteen Date : 20050930 | $0.00 | $13.92 | $0.00 | $0.00 |
| 20051005 23:24 | PY - Payroll | 5389229 | | SBCC | ~20050918 To 20050924 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051005 23:24 | PY - Payroll | 5389320 | | SBCC | ~20050918 To 20050924~Corrected Payroll 20050911 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051005 23:24 | PY - Payroll | 5389327 | | SBCC | ~20050918 To 20050924~Corrected Payroll 20050821 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051007 22:30 | CN - Canteen | 5400651 | | SBCC | ~Canteen Date : 20051007 | $0.00 | $47.34 | $0.00 | $0.00 |
| 20051012 23:17 | PY - Payroll | 5423398 | | SBCC | ~20050925 To 20051001 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5430990 | | SBCC | | $0.41 | $0.00 | $0.00 | $0.00 |
| 20051014 08:39 | IC - Transfer from Inmate to Club A/c | 5447959 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20051014 15:17 | EX - External Disbursement | 5449596 | 28371 | SBCC | ~FILING FEE SEPT~U.S. DISTRICT COURT 1-05CV-10702 | $0.00 | $22.08 | $0.00 | $0.00 |
| 20051014 15:17 | MA - Maintenance and Administration | 5449598 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051014 22:30 | CN - Canteen | 5450534 | | SBCC | ~Canteen Date : 20051014 | $0.00 | $17.29 | $0.00 | $0.00 |
| 20051018 09:56 | CI - Transfer from Club to Inmate A/c | 5458240 | | SBCC | ~canteen refund 9/30~W61546 PIGGOTT,SEAN PERSONAL~KCN WASH ACCOUNT - Z5 | $1.05 | $0.00 | $0.00 | $0.00 |
| 20051019 23:19 | PY - Payroll | 5473486 | | SBCC | ~20051002 To 20051008 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051024 08:17 | CN - Canteen | 5483571 | | SBCC | ~Canteen Date : 20051021 | $0.00 | $49.84 | $0.00 | $0.00 |
| 20051024 11:04 | IC - Transfer from Inmate to Club A/c | 5485832 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051028 22:30 | CN - Canteen | 5515079 | | SBCC | ~Canteen Date : 20051028 | $0.00 | $32.15 | $0.00 | $0.00 |
| 20051102 23:22 | PY - Payroll | 5545942 | | SBCC | ~20051016 To 20051022 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051103 11:47 | CI - Transfer from Club to Inmate A/c | 5549830 | | SBCC | ~canteen refund 10/28~W61546 PIGGOTT,SEAN PERSONAL~KCN WASH ACCOUNT - Z5 | $32.15 | $0.00 | $0.00 | $0.00 |
| 20051103 23:15 | TI - Transfer from Institution | 5553984 | | SBCC | | $0.00 | $99.93 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date : 20060120 12:32**

| | | |
|---|---|---|
| **Commit# :** | W61546 | **SOUZA-BARANOWSKI CORRECTIONAL** |
| **Name :** | PIGGOTT, SEAN, , | **Statement From** 20050620 |
| **Inst :** | SOUZA-BARANOWSKI CORRECTIONAL | **To** 20060120 |
| **Block :** | H1 | |
| **Cell/Bed :** | 50 /A | |

Page : 3

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051103 23:15 | TI - Transfer from Institution | 5553985 | | SBCC | | $99.93 | $0.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5570556 | | SBCC | | $0.52 | $0.00 | $0.00 | $0.00 |
| 20051111 22:30 | CN - Canteen | 5607833 | | SBCC | ~Canteen Date : 20051111 | $0.00 | $8.72 | $0.00 | $0.00 |
| 20051118 22:30 | CN - Canteen | 5646051 | | SBCC | ~Canteen Date : 20051118 | $0.00 | $44.67 | $0.00 | $0.00 |
| 20051123 09:32 | ML - Mail | 5661012 | | SBCC | ~UNREADABLE | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051123 09:32 | MA - Maintenance and Administration | 5661014 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051125 09:57 | IC - Transfer from Inmate to Club A/c | 5674574 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051125 09:57 | IC - Transfer from Inmate to Club A/c | 5674576 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051125 09:57 | IC - Transfer from Inmate to Club A/c | 5674577 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051125 12:26 | EX - External Disbursement | 5675117 | 29062 | SBCC | ~FILING FEE OCT~U.S. DISTRICT COURT #1-05CV10702 | $0.00 | $20.29 | $0.00 | $0.00 |
| 20051128 11:02 | IC - Transfer from Inmate to Club A/c | 5677510 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051202 22:30 | CN - Canteen | 5709747 | | SBCC | ~Canteen Date : 20051202 | $0.00 | $59.40 | $0.00 | $0.00 |
| 20051205 09:08 | IC - Transfer from Inmate to Club A/c | 5711623 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051205 09:08 | IC - Transfer from Inmate to Club A/c | 5711636 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051205 09:08 | IC - Transfer from Inmate to Club A/c | 5711648 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20051205 09:08 | IC - Transfer from Inmate to Club A/c | 5711649 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051206 09:03 | ML - Mail | 5720444 | | SBCC | ~mary piggott | $30.00 | $0.00 | $0.00 | $0.00 |
| 20051206 09:03 | MA - Maintenance and Administration | 5720446 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051209 22:30 | CN - Canteen | 5751492 | | SBCC | ~Canteen Date : 20051209 | $0.00 | $25.59 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5772678 | | SBCC | | $0.37 | $0.00 | $0.00 | $0.00 |
| 20051216 22:30 | CN - Canteen | 5805792 | | SBCC | ~Canteen Date : 20051216 | $0.00 | $12.67 | $0.00 | $0.00 |
| 20051219 10:59 | ML - Mail | 5809336 | | SBCC | ~UNKNOWN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051222 22:30 | CN - Canteen | 5839629 | | SBCC | ~Canteen Date : 20051222 | $0.00 | $34.90 | $0.00 | $0.00 |
| 20051229 22:30 | CN - Canteen | 5876429 | | SBCC | ~Canteen Date : 20051229 | $0.00 | $15.26 | $0.00 | $0.00 |
| 20060104 08:34 | IC - Transfer from Inmate to Club A/c | 5893383 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906189 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051009 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906190 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051009 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906192 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051023 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906191 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051023 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060113 13:53 | ML - Mail | 5955689 | | SBCC | ~NO NAME | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060113 13:53 | MA - Maintenance and Administration | 5955691 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :  20060120 12:32**

| Commit# : | W61546 | | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | Page : | 4 |
| Name   : | PIGGOTT, SEAN, , | | | | **Statement From** | 20050620 | | | | |
| Inst   : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20060120 | | | | |
| Block  : | H1 | | | | | | | | | |
| Cell/Bed : | 50 /A | | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|---|
| 20060119 16:39 | IS - Interest | 5986366 | | SBCC | | | $0.09 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $789.58 | $895.32 | $20.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| **Balance as of ending date :** | $69.17 | $20.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $69.17 | $20.00 | $58.48 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060123 09:54

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Commit# : | W61546 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | Page : 1 | |
| Name : | PIGGOTT, SEAN, , | | | Statement From | 20051215 | | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20060123 | | | | |
| Block : | H1 | | | | | | | | |
| Cell/Bed : | 50 /A | | | | Film Fee's | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | | Total Transaction before this Period : | $3,682.44 | $3,669.16 | $0.00 | $0.00 |
| 20051216 22:30 | CN - Canteen | 5805792 | | SBCC | ~Canteen Date : 20051216 | $0.00 | $12.67 | $0.00 | $0.00 |
| 20051219 10:59 | ML - Mail | 5809336 | | SBCC | ~UNKNOWN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051222 22:30 | CN - Canteen | 5839629 | | SBCC | ~Canteen Date : 20051222 | $0.00 | $34.90 | $0.00 | $0.00 |
| 20051229 22:30 | CN - Canteen | 5876429 | | SBCC | ~Canteen Date : 20051229 | $0.00 | $15.26 | $0.00 | $0.00 |
| 20060104 08:34 | IC - Transfer from Inmate to Club A/c | 5893383 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906189 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051009 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906191 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051009 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906190 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051009 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060104 23:27 | PY - Payroll | 5906192 | | SBCC | ~20051218 To 20051224~Corrected Payroll 20051023 | $0.00 | $0.00 | $10.00 | $0.00 |
| 20060113 13:53 | ML - Mail | 5955689 | | SBCC | ~NO NAME | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060113 13:53 | MA - Maintenance and Administration | 5955691 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060119 16:39 | IS - Interest | 5986366 | | SBCC | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20060120 14:19 | EX - External Disbursement | 6004239 | 30036 | SBCC | ~FILING FEE NOV~U.S. DISTRICT COURT 1-05CV10702 | $0.00 | $14.10 | $0.00 | $0.00 |
| 20060120 14:25 | EX - External Disbursement | 6004294 | 30037 | SBCC | ~FILING FEE DEC~U.S. DISTRICT COURT 1-05CV10702 | $0.00 | $16.07 | $0.00 | $0.00 |
| 20060120 22:30 | CN - Canteen | 6005322 | | SBCC | ~Canteen Date : 20060120 | $0.00 | $9.75 | $0.00 | $0.00 |
| | | | | | | $120.09 | $104.12 | $20.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $29.25 | $20.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $29.25 | $20.00 | $1.89 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20060123 09:59**

Page : 1

| Commit# : | W61546 | | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
| Name : | PIGGOTT, SEAN, , | | | | | Statement From | 20051101 | | NOVEMBER |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | | To | 20051130 | | |
| Block : | H1 | | | | | | | | |
| Cell/Bed : | 50 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $3,449.47 | $3,401.69 | $0.00 | $0.00 |
| 20051102 23:22 | PY - Payroll | 5545942 | | SBCC | ~20051016 To 20051022 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051103 11:47 | CI - Transfer from Club to Inmate A/c | 5549830 | | SBCC | ~canteen refund 10/28~W61546 PIGGOTT,SEAN PERSONAL~KCN WASH ACCOUNT - Z5 | $32.15 | $0.00 | $0.00 | $0.00 |
| 20051103 23:15 | TI - Transfer from Institution | 5553984 | | SBCC | | $0.00 | $99.93 | $0.00 | $0.00 |
| 20051103 23:15 | TI - Transfer from Institution | 5553985 | | SBCC | | $99.93 | $0.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5570556 | | SBCC | | $0.52 | $0.00 | $0.00 | $0.00 |
| 20051111 22:30 | CN - Canteen | 5607833 | | SBCC | ~Canteen Date : 20051111 | $0.00 | $8.72 | $0.00 | $0.00 |
| 20051118 22:30 | CN - Canteen | 5646051 | | SBCC | ~Canteen Date : 20051118 | $0.00 | $44.67 | $0.00 | $0.00 |
| 20051123 09:32 | ML - Mail | 5661012 | | SBCC | ~UNREADABLE | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051123 09:32 | MA - Maintenance and Administration | 5661014 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051125 09:57 | IC - Transfer from Inmate to Club A/c | 5674574 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051125 09:57 | IC - Transfer from Inmate to Club A/c | 5674576 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051125 09:57 | IC - Transfer from Inmate to Club A/c | 5674577 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051125 12:26 | EX - External Disbursement | 5675117 | 29062 | SBCC | ~FILING FEE OCT~U.S. DISTRICT COURT #1-05CV10702 | $0.00 | $20.29 | $0.00 | $0.00 |
| 20051128 11:02 | IC - Transfer from Inmate to Club A/c | 5677510 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| | | | | | | $202.60 | $177.93 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $72.45 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $29.25 | $20.00 | $1.89 | $0.00 | $0.00 | $0.00 |

20.00
50.00
0.52
70.52

7.05    10 %

$ 14.10    20 %

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20060123 10:02

| | | | |
|---|---|---|---|
| Commit# : | W61546 | SOUZA-BARANOWSKI CORRECTIONAL | Page :  1 |
| Name  : | PIGGOTT, SEAN, , | Statement From    20051201 | |
| Inst  : | SOUZA-BARANOWSKI CORRECTIONAL | To    20051231 | December |
| Block  : | H1 | | |
| Cell/Bed : | 50 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $3,652.07 | $3,579.62 | $0.00 | $0.00 |
| 20051202 22:30 | CN - Canteen | 5709747 | | SBCC | ~Canteen Date : 20051202 | $0.00 | $59.40 | $0.00 | $0.00 |
| 20051205 09:08 | IC - Transfer from Inmate to Club A/c | 5711623 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051205 09:08 | IC - Transfer from Inmate to Club A/c | 5711636 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051205 09:08 | IC - Transfer from Inmate to Club A/c | 5711648 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20051205 09:08 | IC - Transfer from Inmate to Club A/c | 5711649 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051206 09:03 | ML - Mail | 5720444 | | SBCC | ~mary piggott | $30.00 | $0.00 | $0.00 | $0.00 |
| 20051206 09:03 | MA - Maintenance and Administration | 5720446 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051209 22:30 | CN - Canteen | 5751492 | | SBCC | ~Canteen Date : 20051209 | $0.00 | $25.59 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5772678 | | SBCC | | $0.37 | $0.00 | $0.00 | $0.00 |
| 20051216 22:30 | CN - Canteen | 5805792 | | SBCC | ~Canteen Date : 20051216 | $0.00 | $12.67 | $0.00 | $0.00 |
| 20051219 10:59 | ML - Mail | 5809336 | | SBCC | ~UNKNOWN | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051222 22:30 | CN - Canteen | 5839629 | | SBCC | ~Canteen Date : 20051222 | $0.00 | $34.90 | $0.00 | $0.00 |
| 20051229 22:30 | CN - Canteen | 5876429 | | SBCC | ~Canteen Date : 20051229 | $0.00 | $15.26 | $0.00 | $0.00 |
| | | | | | | $80.37 | $152.37 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.45 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $29.25 | $20.00 | $1.89 | $0.00 | $0.00 | $0.00 |

30.00
50.00
.37
---
80.37

8.035   10 %

16.07   30 %