United States District Court
Clerk / Magistrate
1 Courthouse Way Suite 2300
Boston, Mass. 02210

Re: Sean S. Piggott
Case # 05-10702-NG

RE: Change of address

Dear Clerk,
I am Sean Piggott my new permanent address is

Calhoun C.I.
Piggott, Sean
D.C. # B03732
H-1-1209U
19562 Institutional Dr.
Blountstown, Florida
32424

Please be exact as they are very fussy. Thank you for all your help.

Sean Piggott

PROVIDED FOR MAILING AT CALHOUN CI
OCT -6 2006
INMATE INITIALS