Office of the Clerk                                  March 07
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Mass. 02210

CASE NO.: 05-10702-N.G.

RE: Address change
RE: Payment of Filing Fee

Dear Clerk/Magistrate,

Please be advised prisoner Sean S. Piggott B03732 has summarily been transferred by the D.O.C. Florida, To Taylor Corr. Inst.

Piggott, Sean
B03732 H-4 205 U
8515 Hampton Springs Rd.
Perry, Florida. 32348

OUTGOING LEGAL MAIL
PROVIDED TO TAYLOR C.I.
MAILING ON
3/20/07    SP
DATE       I/M
MAILROOM - MAIN UNIT

Please be advised Plaintive, Piggott, needs to have sent from this Honorable Court a copy of procedure order for deduction of 20/per cent of all income to be sent to the Honorable Court to pay balance of Filing Fee. In above styled case.

This prisoner has suffered losses of legal work due to extensive transfers as yet has been unable to retrieve bulk legal work from home due to initial transfer by plane to the State of Florida. Each Institution has different rules for retrival even to enclude a 5 page limit per envelope.

This entire issue is a hardship for this prisoner at this time.

All inmate monies are sent to this address Florida Department of Corrections
Inmate Trust Fund,                    (866) 2097250
Centerville Station
P.O. Box 12100
Tallahassee, FL. 32317-2100

Please advise this PRO-SE prisoner as to any nessasary documents that would need to be filed in order to bring this case to trial and or produce prisoner for same Thank you for your time on this matter.

Respectfully Submitted

Pissotti, Sean
B03732 H-4 205 U
Taylor Corr. Inst.
8515 Hampton Springs Rd.
Perry, FL. 32348