4/11/07   SP

Judge Nancy Gertner                           April 07
United Stats District Court
1 Court House Way Suite 2300
Boston, Mass. 02210

            Case No: 1:05-CV-10702-N.G.
            Re: Sean Piggott
                    V.
            Fla. Dept. Corr. et. al

Dear Judge Gertner,

       Having been transfered again I wrote to notify this Honorable Court of a new address.

       I was sent a docket entry sheet saying 11/28/06 (civil case terminated). I was unaware of this action by the Court and would request some reason for this action as I have done everything asked of me.

       The only thing I can interpet is that it took so long for me to actualy arrive at Calhoun C.I. and to notify the Court, that something was mailed to Souza Baronowski in Mass. while I was in transit, and returned to the Court. If this is the case. I sent a letter to the clerk stateing I would be moveing to another prison and would contact as soon as possible. Please tell me what to do. or what can be done.

       Thank you for your time on this matter.

PS. It's very bad, that I wish I was in. Mass. D.O.C.

       Respectf.   H-3 2091
       Sean Piggott B03732
       Taylor C.I.
       8515 Hampton Springs Rd.