THE HONORABLE JUDGE
NANCY GERTNER
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY SUITE 2300
BOSTON, MA. 02210

December 29th 2007

FILED IN CLERKS OFFICE 2008 JAN -2 P 2:13 U.S. DISTRICT COURT DISTRICT OF MASS.

RE: SEAN S. PIGGOTT B03732
CASE NO: 1:05-CV-10702
RE: CHANGE OF ADDRESS, MOTION FOR EXTENTION.

DEAR CLERK/MAGISTRATE,

PLEASE NOTE change of address.
SEAN S. PIGGOTT B03732 G-3118UP
DADE CORRECTIONAL INSTITUTION, 19000 S.W. 377th STREET
FLORIDA CITY, FLORIDA. 33034.

PLEASE NOTE haveing received dockett entey, AS A RESULT OF A previous change of address, SEEING that my CASE was TERMINATED, I then put All documentation RE: CASE NO: 105CV10702 in Legal STOREAGE AT TAYLOR CORRECTIONAL INSTITUTION. Upon TRANSFER FROM TAYLOR C.I. I was told All my Legal work would Follow me. IN FACT Some did, (SEE ATTACHMENT'S.) But not The Legal work in STORAGE AT The Law Library. When I received A RECENT CORRESPONDENCE FROM YOUR COURT REOPENING my CASE ON Thursday DEC. 27th (SEE ATTACHMENT) I put in For Law Library here AT DADE C.I., AFTER A CONVERSATION with The head Library person whom contacted Taylor C.I. by computer, I was told my STUFF will be Sent, that my legal work will now be sent here to me, AS Soon AS possible. AS of this date and time I am not in possesion of any of my documents, Legal papers with reguard to this cause.



I Looked For a motion To extend the 1/10/08 dead line For my Brief To be Filed. and could not Find one.

I am Formally asking For an extention of the dead Line of 1/10/08, until I receive my Legal work and a sufficient time as deemed appropreate by This Honorable Court.

I will Send the court a copy of Receipt of Same when it comes From Taylor C.I. I have tried to retrieve my legal work From Taylor, I had my mom call Several Times To no availe.

Please note it took me 10½ months to get my legal work From massachusetts when I was Transfered To the State of Florida Aug. 8 Th 2006. (See attachments) I have encluded documentation reguarding All claims in this Letter/Motion.

① Envelope stamped dated when I received This Courts corresopondence.

② Two yellow copies of when I Finally got aproval To get my Legal work at Taylor C.I. marked ①+②.

③ marked ③ a yellow Copy of the continued struggle my mom had, To mail my legal work Three Times as the Florida Rules at Facilities varry and we were told that my 5½ feet of Legal work would be allowed in 5 pages at a Time, It Took over 10½ months To over come said obstical. ④ marked ④ is a request to property Sgt. To consolodate All legal work and pesonal property prior To Transfer dated 8/4/07. (See attached)



Piggott was transfered to South Florida Reception Center, as a result of a mental Break down. Piggott received most of his legal work and personal effects, (Just so happened that my Blew Shampoo busted open all over my legal work). Again not my legal work pertaining to this case.

Documents marked (5) + (6) show that (Inmate Questioned Property) Signed and dated by staff durring transfer, see bottom document (5). Documents (7) + (8) pink in color show that being transfered from segragation at Taylor C.I main unit. on 8/2/07 I was given legal work and personal property indicated. However this same day Piggott was transfered to Taylor C.I. Annex 8/2/07 where that segregation Sgt. took most of what I was allowed and that was stored in the captains office, which I received months latter at South Florida reception center. Document (10) yellow in color is the receipt of legal work at S.F.R.C. on 9/26/07 All but stored legal work from main unit at Taylor C.I Law Library. which contains all pertainate paperwork concerning this case.

Please excuse my writting as I am on mental heath medication perscribed by my shrink. (PROSACK). Again thank you for your time on this matter in trying to shorten threw all this mess I have lost my abilities to cope without medication and will be at a serious disadvantage from here on out perhaps the Court will reconsider appointing Counsel.

I will TRY under these extrordinary cercomestances.

Respectfully Submitted

Sean S. Piggott B03232
G-3115UP
DADE C.I.
19000 S.W. 377th ST.
Florida City, Florida - 33034

Signed under the pains & penalties of perjury this 29th Day of December 2007.

Sean S. Piggott PRO-SE.

RECEIVED
DEC 31 2007
DADE
CORRECTIONAL INSTITUTION

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST** (1)

(Instructions on Back)

Mail Number:
Team Number:
Institution:

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Dental ☒ Other Mail Room Mr. Keely.

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Piggott, Sean | B03732 | H-3209L | inside grounds | 4/21/07 |

## REQUEST

To Mr. Keely Mail Room,

I am a prisoner at Taylor C.I. I was transfered from Massachusetts State prison by plane and could not take 5½ feet of legal work with me. I was unable financially to have same sent to me till now. I spoke with Sgt. Spikes, whom said "to have it mailed to me at this address. Then I was told I need special permission from Asst. Warden whom I just wrote to and now I've been directed to your office. I am indigent, been down 26 years and have one shot at getting my legal work mailed in. Please tell me exactly what I need to do. As this 2 boxes may well be in route by the time you get this. Thank you for your help.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Sean Piggott

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

**DATE RECEIVED:** 4/24/07

Approved

Send another request for approval takes one request for each box

[The following pertains to informal grievances only:

Based on the above information, your grievance is ____________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] Date: 4/25/07

Distribution: White -Returned to Inmate; Canary -Returned to Inmate; Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

(2)

(Instructions on Back)

Mail Number:
Team Number:
Institution:

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Dental ☒ Other MAIL ROOM Mr. Riley.

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Piggott, Sean | B03732 | H3209L | inside grounds | 4/24/07 |

## REQUEST

Dear Sir,

Just received your Response To My Request, thank you for your help.

This is the Second Ref Request, Legal work.

I can't tell you how much of a Relief it is to finely know my legal work is approved.

Thank You.

Sean Piggott

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: 4/26/07

Approved

[The following pertains to informal grievances only:

Based on the above information, your grievance is ________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): Tim Riley Date: 4/26/07

Distribution: White -Returned to Inmate
Canary -Returned to Inmate
Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

3

(Instructions on Back)

Mail Number:
Team Number:
Institution:

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Dental ☒ Other Mr. T. Keely Mail Room

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | PIGGOTT, SEAN | B03732 | H-3 209L | inside grounds | 5/10/07 |

## REQUEST

Dear Mr. Keely, I had written for approval to receive 2 legal Boxes. Your office approved same. I just spoke with sender and Box one was returned to sender. (INMATES AREN'T allowed PACKAGES).

I AM instructing to have it sent to you. Attention Mr. Keely Mail Room as I don't know what eles to do and I am out of options.

Thank You For Your Time on this Matter.

Sean Piggott

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED:

Noted

[The following pertains to informal grievances only:

Based on the above information, your grievance is ______________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] Date: 5/16/07

Distribution: White -Returned to Inmate
Canary -Returned to Inmate
Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

4

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

*(Instructions on Back)*

Mail Number:
Team Number:
Institution:

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Dental ☒ Other Property

| FROM: Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|
| Piggott, Sean | B03732 | Annex Seg. 2106 | ins/se | 8/4/07 |

**REQUEST**

...ty Sgt. Inmate Piggott was locked up 8/2/07 ...ain Unit. Received what was allowed for ...tention while in Confinement. Piggott was ...d to (Annex Seg. 2106) 8/2/07 more property ...ntory at this site. So Piggott has property ... personal at Main Unit. Law library legal ...the — Gym Shorts → Main unit A/C confinement
Main unit Storage Personal Property
Taylor Annex — Legal work and cosmetics.
...chance we could get all this in one place? ...s I may need to access some of my legal work. thank you for your help in this matter. Sean Piggott

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

**RESPONSE** DATE RECEIVED: 8/6/07

I am writing a response with Sgt Spiller ... [illegible]

[The following pertains to informal grievances only:

Based on the above information, your grievance is ______________. (Returned, Denied, or Approved). If your informal grievance i...

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] Date: 8/7/07

Distribution: White -Returned to Inmate Pink -Retained by official responding, or if the response is to an
Canary -Returned to Inmate informal grievance then forward to be placed in inmate's



# DEPARTMENT OF CORRECTIONS

## Inmate Impounded Personal Property List
(Please Print)

Inmate's Name Piggott, Sean A. Inmate Number B03732

Institution Taylor m/u Date Property Stored Aug. 02, 2007

| Item | Number | Code | Item | Number | Code |
|---|---|---|---|---|---|
| State lock | 1 | S | | | |
| Elec. Shaver | 1 | S | | | |
| Cig. Box | 1 | S | | | |
| Canteen bag | 1 | S | | | |
| Raincoat | 1 | S | | | |
| Stone boots | 1 | S | | | |
| laundry bag | 1 | S | | | |
| la-tech | 3 | S | | | |
| toothbrush | 1 | S | | | |
| finger nail Clipper | 1 | S | | | |
| playing cards | 1 | S | | | |
| emory boards | 4 | S | | | |
| Cross (black) | 1 | S | | | |
| Shower Slides | 1 | K | | | |
| Shampoo | 1 | K | | | |
| legal papers | | K | | | |
| Soap dish | 1 | K | | | |
| tooth brush holder | 1 | K | | | |
| power-up | 1 | K | | | |
| Cotton Swabs | 1 | K | | | |
| Sunglasses | 2 | K | | | |
| photo's | 50 | K | | | |
| Watch Rousee Quartz | 1 | K | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I. Signature of Officer(s) inventorying property:

Aug 02 2007 — W. Horton — SGT.
Date — Signature of Officer — Rank

Aug. 2, 2007 — [illegible signature] — [illegible]
Date — Signature of Officer — Rank

II. The personal property listed above was inventoried in my presence and is a true listing of all personal property taken from me.

8-02-07 — x Sean Piggott — B03732
Date — Signature of Inmate — Inmate Number

III. I have on this date received all of the above personal property marked K – Inmate allowed to keep.

x Sean Piggott — x B03732 — 8/2/07
Signature of Inmate — Inmate Number — Date

Aug. 02, 2007 — W. Horton — SGT.
Date — Signature of Officer issuing kept property — Rank

IV. I have on this date received all of the above listed personal property which has been stored.

(6)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# RECEIPT FOR PERSONAL PROPERTY

Institution/Facility: Taylor Correctional Institution

Inmate Name and Number: PIGGOT, SEAN DC# B03732

I. I, the undersigned, do hereby acknowledge receipt of all personal property belonging to me at:

Taylor Correctional Institution, Perry, Florida
Institution/Facility City or Town

This, the 7TH day of SEPTEMBER, 20 07.

X Sean Piggott no Legal work X B03732
Signature of Inmate Receiving Property Number

II. I, the undersigned, do hereby acknowledge receipt of all personal property belonging to me with the exception of:

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

at ______ ______, Florida
Institution/Facility City or Town

This, the ______ day of ______, 20 ___

Signature of Inmate Number

The property belonging to the above-named individual has been inspected by me on this date. All property that is being transported with this individual has been found to be his personal property and such property is authorized.

X [signature] X 9-7-07
Signature of Inspecting Officer Rank Date

Distribution: Original - Inmate Property File
Copy - Inmate

DC6-227 (Revised 11-00)

(7)

# DEPARTMENT OF CORRECTIONS

## Inmate Impounded Personal Property List
(Please Print)

Inmate's Name: Piggott Sean A. Inmate Number: B03733

Institution: Taylor MTU Date Property Stored: Aug 02, 2007

| Item | Number | Code | Item | Number | Code |
|---|---|---|---|---|---|
| State trunk | 1 | S | | | |
| [illegible] Shaver | 1 | S | | | |
| Cig [illegible] | 1 | S | | | |
| [illegible] bag | 1 | S | | | |
| Raincoat | 1 | S | | | |
| State boots | 1 | S | | | |
| Laundry bag | 1 | S | | | |
| [illegible] | 3 | S | | | |
| [illegible] | 1 | S | | | |
| [illegible] | 1 | S | | | |
| [illegible] cards | 1 | S | | | |
| Emery boards | 4 | S | | | |
| Cross (Silver) | 1 | S | | | |
| Shower Slides | 1 | K | | | |
| Shampoo | 1 | K | | | |
| Legal papers | | K | | | |
| Soap dish | 1 | K | | | |
| Toothbrush holder | 1 | K | | | |
| Power-up | 1 | K | | | |
| Cotton Swabs | 1 | K | | | |
| Sunglasses | 2 | S | | | |
| Photos | 50 | K | | | |
| Watch [illegible] | 1 | K | | | |

I. Signature of Officer(s) inventorying property:

Aug 02 2007 W. Horton SGT.
Date Signature of Officer Rank

Aug 2, 2007 [illegible] [illegible]
Date Signature of Officer Rank

II. The personal property listed above was inventoried in my presence and is a true listing of all personal property taken from me.

8-02-07 X Sean [illegible] [illegible]
Date Signature of Inmate Inmate Number

III. I have on this date received all of the above personal property marked K – Inmate allowed to keep.

X [illegible] X [illegible] 8/2/07
Signature of Inmate Inmate Number Date

Aug 02, 2007 W. Horton SGT.
Date Signature of Officer issuing kept property Rank

IV. I have on this date received all of the above listed personal property which has been stored.



# DEPARTMENT OF CORRECTIONS

## Inmate Impounded Personal Property List
(Please Print)

Inmate's Name [illegible] Inmate Number [illegible]

Institution [illegible] Date Property Stored [illegible]

| Item | Number | Code | Item | Number | Code |
|---|---|---|---|---|---|
| [illegible] | [illegible] | K | | | |
| [illegible] | [illegible] | K | | | |
| [illegible] | [illegible] | K | | | |
| [illegible] | [illegible] | K | | | |
| [illegible] | [illegible] | K | | | |
| [illegible] | 1 | K | | | |
| [illegible] | 1 | K | | | |
| [illegible] | [illegible] | K | | | |
| [illegible] | [illegible] | S | | | |
| [illegible] | [illegible] | S | | | |

I. Signature of Officer(s) inventorying property:

[illegible] [illegible]

Date Signature of Officer Rank

Date Signature of Officer Rank

II. The personal property listed above was inventoried in my presence and is a true listing of all personal property taken from me.

[illegible] [illegible]

Date Signature of Inmate Inmate Number

III. I have on this date received all of the above personal property marked K – Inmate allowed to keep.

Signature of Inmate Inmate Number Date

Date Signature of Officer issuing kept property Rank

IV. I have on this date received all of the above listed personal property which has been stored.



STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**RECEIPT FOR PERSONAL PROPERTY**

Institution/Facility: SFRC

Inmate Name and Number: Piggott Sean B03732

I. I, the undersigned, do hereby acknowledge receipt of all personal property belonging to me at:

SFRC, Miami, Florida
Institution/Facility City or Town

This, the 26 day of Sept, 2007.

Sean Piggott B03732
Signature of Inmate Receiving Property Number

II. I, the undersigned, do hereby acknowledge receipt of all personal property belonging to me with the exception of:

______________________ ______________________

______________________ ______________________

at ______________________ ______________________, Florida
Institution/Facility City or Town

This, the ________ day of ______________________, 20_____.

______________________ ______________________
Signature of Inmate Number

The property belonging to the above-named individual has been inspected by me on this date. All property that is being transported with this individual has been found to be his personal property and such property is authorized.

[signature] 9/26/07
Signature of Inspecting Officer Rank Date

Distribution: Original - Inmate Property File
Copy - Inmate

DC6-227 (Revised 11-00)