```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

SEAN S. PIGGOTT,                              No. 05-cv-10702-NG

    Plaintiff,

    v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

### DEFENDANT DENNEHY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Kathleen M. Dennehy moves for summary judgment in her favor with respect to all counts of the "Civil Action Complaint" against her. In support, Ms. Dennehy states that there are no genuine issues of material fact in dispute, and she is entitled to judgment as a matter of law. A memorandum of law in support of this motion is attached.

                                        KATHLEEN M. DENNEHY

                                        By her attorney,

                                        NANCY ANKERS WHITE
                                        Special Assistant Attorney General

Date: January 9, 2008          __/s/ DAVID J. RENTSCH_____
                                        David J. Rentsch, Counsel
                                        Legal Division
                                        Department of Correction
                                        70 Franklin Street, Suite 600
                                        Boston, MA  02110-1300
                                        (617) 727-3300, ext. 142
                                        BBO #544926
                                        djrentsch@doc.state.ma.us

2

CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to each of the following persons by first class mail, postage pre-paid:

- Sean S. Piggott, B03732
  G-3115 UP
  Dade Correctional Institution
  1900 S.W. 377th Street
  Florida City, FL 33034

- Joe Belitzky, Esq.
  Senior Assistant Attorney General
  Office of the Attorney General
  The Capitol, PL-01
  Tallahassee, FL  32399-1050

Date: January 9, 2008              __/s/ DAVID J. RENTSCH_____
                                   David J. Rentsch