UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY SUITE 2300
BOSTON, MA. 02210

DATE: 2/1/08

RE: CASE NO.
05-CV-10702 NG
RE: SEAN S. Piggott

Dear Clerk/Magistrate,

I received my Federal legal work on 1/16/08 from Law Librarian Ms. Stover. I was just able to get a stamp to mail this on Monday the 4th Feb. 08.

I received Defendant's Motion for Summary Judgement and will mail my response by Feb. 10th. I will not be filing an initial Dispositive brief as I cannot figure out how to do that.

I hope my response will be enough. Thank you for your time on this important matter.

Respectfully,

Con # 605732
Housing L3115 U

Sean S. Piggott
T/O-S.
A.H.C.I.
19000 S.W. 37th ST.
FLA. City, FLA.
33034

RECEIVED
FEB 06 2008
DADE
CORRECTIONAL INSTITUTION