UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Original

SEAN S. PIGGOTT,
PLAINTIFF,

V.

FLORIDA DEPARTMENT
OF CORRECTIONS, ET AL.,
DEFENDANT'S.

No. 05-CV-10702 N.G.

RECEIVED
FEB 20 2008
DADE
CORRECTIONAL INSTITUTION

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S SUMMARY JUDGEMENT.

DEFENDANT, MS. DENNEHY, threw counsel has moved this HONORABLE COURT for summary judgement pursuant to Fed. R. Civ. P. 56.

Seeking favorable judgement, on the basis that there are no "GENUINE" issues of matieral fact in dispute. Makeing defendant the moving party.

PLAINTIFF, responds; certainly issues of material fact exsist, and moves for this HONORABLE COURT to DENY SUMMARY JUDGEMENT.

PLAINTIFF, offers MEMORANDUM OF LAW in support thereof.

DATED: 2/20/2008

SEAN S. PIGGOTT
PRO-SE 19000 S.W. 377th ST
DADE C.I. FLA. CITY FLA.

ORIGINAL

## PROOF OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing Document was placed in the hands of prison officials for mailing to the following parties:

Joe Belitzky, Esq.
Senior Assistant Attorney General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida.
32399-1050

David J. Rentsch, Counsel
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA. 02110-1300

On this 20th day of February, 2008.

Sean S. Piggott
Pro-Se
Dade C.I.
19000 S.W. 377th Street
Florida City, Florida