UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN S. PIGGOTT, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 05CV10702-NG |
| | ) |
| KATHLEEN M. DENNEHY, | ) |
|     Defendant. | ) |

GERTNER, D.J.:

### JUDGMENT

For the reasons stated in its Order Granting Motion for Summary Judgment (May 29, 2008) (document # 35), the Court determines that the defendant is entitled to judgment as a matter of law.  The plaintiff lacks standing to pursue his claims for declaratory and injunctive relief.  Furthermore, of his three claims for monetary damages, two must be dismissed for failure to state a claim upon which relief can be granted.  The plaintiff's final claim for damages is barred by qualified immunity.

Judgment shall enter for the defendant, and the civil case shall be closed.


Date: May 29, 2008          /s/Nancy Gertner
                            NANCY GERTNER, U.S.D.C.