UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN S. PIGGOTT, et,al., Plaintiff, ) ) ) | |
| v. ) ) | Civil Action No. 05cv10702-NG |
| KATHLEEN M. DENNEHY, Defendant. ) ) ) | |

-NOTICE OF APPEAL

Notice is hereby given that Sean S. Piggott in the above named case hereby appeals to the United States Court of Appeal for the First Circuit the final order of this court granting motion for summary judgment to the defendants on May 29, 2008. And any other order previously denied by this court.

PRO-SE

Sean S. Piggott DC#B03732
Dade Correctional Institution
19000 S.W. 377th Streeet
Suite 300
Florida City, Florida 33034

RECEIVED
JUN 18 2008
DADE CORRECTIONAL INSTITUTION

## SERTIFICATE OF SERVICES

    Sean S. Piggott certifies that a true and correct copy instant "Notice Of Appeal" has been hand delivered to t' authorities Houston V. Lack, 487 U.S 266, 108 S.Ct. 237' to be mailed to the Commonwealth Of Massachusettes, De Corrections 70 Franklin Street, Suite 600 Boston, MA.0 The office of the Attorney General, The Capitol, PL-01 Florida 32399-1050, and to Kathleen M. Dennehy's Attorne.

---

On this ⁄day of June, 2008.

                                                   Sean S. Piggott
                                                 DC.#B03732

d

                                    Dade Correctional Institution
               RECEIVED          19000 S.W. 377th Street, Suite 30
                                    Florida City, Florida 33034
             JUN 18 2008
                DADE
       CORRECTIONAL INSTITUTION