UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10702

Sean S. Piggott, et al

v.

Kathleen M. Dennehy

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-37

No Sealed Documents

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/20/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 27, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/30/08.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10702-NG

Piggott v. Florida Department of Corrections et al
Assigned to: Judge Nancy Gertner
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/04/2005
Date Terminated: 05/29/2008
Jury Demand: Defendant
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Sean S Piggott**  represented by  **Sean S Piggott**
B03732
G-3115UP
Dade Correctional Institution
1900 S.W. 377th Street
Florida City, FL 33034
PRO SE

V.

**Defendant**

**Florida Department of Corrections**
*TERMINATED: 06/25/2005*

**Defendant**

**Massachusetts Department of Corrections**
*TERMINATED: 06/25/2005*

**Defendant**

**James V. Crosby**  represented by  **Joe Belitzky**
*Secretary, Florida Department of Corrections*
*TERMINATED: 01/12/2006*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
850-414-3300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathleen M. Dennehy**  represented by  **David J. Rentsch**
Commonwealth of Massachusetts,

Department of Correction
70 Franklin Street
Suite 600
Boston, MA 02110
617-727-3300 ext.142
Fax: 617-727-7403
Email: djrentsch@doc.state.ma.us
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2005 | 1 | COMPLAINT against Florida Department of Corrections, Massachusetts Department of Corrections, Florida Commissioner of Corrections, Kathleen M. Dennehy Filing fee: $ 0.00, receipt number 0.00, filed by Sean S Piggott. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 04/08/2005) |
| 04/08/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 04/08/2005) |
| 04/18/2005 | 2 | Judge Nancy Gertner : PROCEDURAL ORDER entered. Plaintiff is directed to either pay the $250.00 filing fee or submit an application to proceed without prepayment of the filing fee with a certified prison account statement within 42 days of the date of this Order or this action shall be dismissed without prejudice. The Clerk sent plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with this Order. (Morse, Barbara) (Entered: 04/18/2005) |
| 04/18/2005 | | Set Deadlines/Hearings: Plaintiff to either pay the $250.00 filing fee or submit a fee-waiver application with a certified prison account statement by 5/30/2005. (Morse, Barbara) (Entered: 04/18/2005) |
| 06/07/2005 | 3 | MOTION for Leave to Proceed in forma pauperis by Sean S Piggott.(Filo, Jennifer) (Entered: 06/07/2005) |
| 06/25/2005 | 4 | Judge Nancy Gertner : ORDER entered re 1 Complaint, filed by Sean S. Piggott. The Court orders the Clerk to change the name of the defendant "Florida Commissioner of Correction 'John/Jane Doe'" to "James V. Crosby, Jr., Secretary, Florida Department of Corrections." (McGlamery, Jeanette) (Entered: 06/28/2005) |
| 06/25/2005 | 5 | Judge Nancy Gertner : ORDER entered. MEMORANDUM AND ORDER. The Court orders that (1) the Florida Department of Correction and the Massachusetts Department of Correction be dismissed as defendants in this action; and (2) all claims against James V. Crosby, Jr. and Kathleen M. Dennehy in their official capacities be dismissed.(McGlamery, Jeanette) (Entered: 06/28/2005) |
| 06/25/2005 | 6 | Judge Nancy Gertner : ORDER entered granting 3 Motion for Leave to Proceed in forma pauperis. An initial partial filing fee of $23.47 is assessed pursuant to 28 U.S.C. s 1915(b)(1). The remainder of the fee, $226.53, is to be assessed in accordance with 28 U.S.C. s 1915(b)(2). It is further ordered, |

| | | |
|---|---|---|
| | | that the clerk send a copy of this Order to the institution having custody of plaintiff. It is further ordered that the Clerk issue summons and the United States Marshal serve a copy of the complaint, summons, and this order as directed by the plaintiff with all costs of service to be advanced by the United States only as to defendants Kathleen M. Dennehy, Massachusetts Commissioner of Correction; and James V. Crosby, Jr., Secretary, Florida Department of Corrections. The defendants are required to reply within the time specified in the summons. (McGlamery, Jeanette) (Entered: 06/28/2005) |
| 06/28/2005 | | Summons Issued as to James V. Crosby and Kathleen M. Dennehy, and mailed to plaintiff along with Local Rule 4.1 and the forms for service by the U.S. Marshal service. (McGlamery, Jeanette) (Entered: 06/28/2005) |
| 06/28/2005 | 7 | Judge Nancy Gertner : ORDER entered. ORDER Directing Monthly Payments be made from Prison Account of Sean S. Piggott. An initial partial filing fee of $ 23.47 is due within ten (10) business days of receipt of this notice. Remainder of fee [$ 226.53 ] to be paid in accordance with 28 U.S.C. s 1915(b)(2) in monthly payments of 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the filing fee is paid.(McGlamery, Jeanette) (Entered: 06/28/2005) |
| 07/29/2005 | 8 | US Marshal Process Receipt and Return for summons & complaint. Kathleen Dennehy served on 7/19/05 (Filo, Jennifer) (Entered: 07/29/2005) |
| 08/02/2005 | 9 | US Marshal Process Receipt and Return for summons and complaint. James V. Crosby, Jr. served on 7/22/05 (Filo, Jennifer) (Entered: 08/04/2005) |
| 08/17/2005 | 10 | NOTICE of Appearance by David J. Rentsch on behalf of Kathleen M. Dennehy (Rentsch, David) (Entered: 08/17/2005) |
| 08/17/2005 | 11 | MOTION for exemption from LR 7.1 requiring motion conference by Kathleen M. Dennehy.(Rentsch, David) (Entered: 08/17/2005) |
| 08/17/2005 | 12 | MOTION for Extension of Time to 9/16/2005 to File Answer re 1 Complaint, by Kathleen M. Dennehy.(Rentsch, David) (Entered: 08/17/2005) |
| 08/18/2005 | | Judge Nancy Gertner: Electronic ORDER entered granting 11 Motion for exemption from LR 7.1 requiring motion conference, granting 12 Motion for Extension of Time to Answer re 1 Complaint, Kathleen M. Dennehy answer due 9/16/2005. (Filo, Jennifer) (Entered: 08/18/2005) |
| 09/09/2005 | 13 | MOTION to Dismiss by James V. Crosby.(Filo, Jennifer) (Entered: 09/15/2005) |
| 09/09/2005 | 14 | Opposition re 13 MOTION to Dismiss filed by Sean S Piggott. (Filo, Jennifer) (Entered: 09/15/2005) |
| 09/16/2005 | 15 | ANSWER to Complaint with Jury Demand by Kathleen M. Dennehy. (Rentsch, David) (Entered: 09/16/2005) |
| 11/28/2005 | 16 | MOTION to Appoint Counsel by Sean S Piggott. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Affidavit # 2 Exhibit)(Filo, Jennifer) (Entered: 12/07/2005) |
| 12/07/2005 | 17 | MOTION for Temporary Restraining Order and/or Preliminary Injunction by Sean S Piggott.(Filo, Jennifer) (Entered: 12/19/2005) |
| 12/07/2005 | 18 | BRIEF in Support re 17 MOTION for Temporary Restraining Order filed by Sean S Piggott. (Filo, Jennifer) (Entered: 12/19/2005) |
| 12/07/2005 | 19 | AFFIDAVIT of Sean Piggott re 17 MOTION for Temporary Restraining Order by Sean S Piggott. (Attachments: # 1 Exhibit)(Filo, Jennifer) (Entered: 12/19/2005) |
| 12/21/2005 | 20 | MOTION for Extension of Time to 12/30/05 to file opposition to plaintiff's motion *for TRO/PI* by Kathleen M. Dennehy.(Rentsch, David) (Entered: 12/21/2005) |
| 12/29/2005 | | Judge Nancy Gertner: Electronic ORDER entered granting 20 Motion for Extension of Time to 12/30/05 to file opposition. (Filo, Jennifer) (Entered: 12/29/2005) |
| 12/30/2005 | 21 | Opposition re 17 MOTION for Temporary Restraining Order filed by Kathleen M. Dennehy. (Attachments: # 1 Affidavit of Maria Sazonick) (Rentsch, David) (Entered: 12/30/2005) |
| 12/31/2005 | | Judge Nancy Gertner : Electronic ORDER entered denying 17 Motion for TRO and for a preliminary injunction: In order to qualify for emergency injunctive relief, the plaintiff must show the likelihood of success on the merits of his claim, together with irreparable harm. Given the state of the record -- substantial legal claims as well as contested factual issues -- emergency injunctive relief is entirely inappropriate here. (Gertner, Nancy) (Entered: 12/31/2005) |
| 01/12/2006 | | Judge Nancy Gertner : Electronic ORDER entered granting 13 Motion to Dismiss defendant Crosby: Petitioner has no cognizable claim against Defendant Crosby, the Florida Commissioner of Corrections. He is not currently an inmate of the Florida system but rather, a potential inmate. His Florida sentence is to be served consecutive to the Massachusetts sentence. Crosby has no obligation to trace and provide for potential inmates. Nor does my ruling affect petitioner's rights with respect to his Florida sentence. The Florida claims are tolled while the inmate is incarcerated out of state, under Florida law. This ruling applies to both petitioner's section 1983 claim and the pending state claim against Crosby. (Gertner, Nancy) (Entered: 01/12/2006) |
| 01/12/2006 | 22 | REPLY to Response to Motion re 17 MOTION for Temporary Restraining Order filed by Sean S Piggott. (Attachments: # 1 EXHIBITS)(Filo, Jennifer) (Entered: 02/03/2006) |
| 01/30/2006 | 23 | MOTION to Modify payment of filing fee or in the alternative, request for waiver of filing fees by Sean S Piggott. (Attachments: # 1 Attachments)(Filo, Jennifer) (Entered: 02/03/2006) |
| 07/11/2006 | 24 | Judge Nancy Gertner : ORDER entered denying 16 Motion to Appoint Counsel. (PSSA, 2) (Entered: 07/12/2006) |

| 09/29/2006 | | Judge Nancy Gertner : Electronic ORDER entered Denying 23 Motion for Modification (Molloy, Maryellen) (Entered: 10/02/2006) |
| --- | --- | --- |
| 09/29/2006 | 25 | Judge Nancy Gertner : ORDER entered. MEMORANDUM AND ORDER. For the reasons set forth herein plaintiff's motion (Docket No. 23) to modify or waive the filing fee is DENIED.(PSSA, 2) (Entered: 10/03/2006) |
| 10/11/2006 | | Mail Returned as Undeliverable. Mail resent to Sean Piggott at Souza Baranowski Correctional Center (no new address on file). (PSSA, 2) (Entered: 10/11/2006) |
| 10/16/2006 | 26 | NOTICE of Change of Address by Sean S Piggott (Filo, Jennifer) (Entered: 10/18/2006) |
| 11/28/2006 | | Civil Case Terminated. (Filo, Jennifer) (Entered: 11/28/2006) |
| 03/23/2007 | 27 | Letter/request (non-motion) from Sean S. Piggott re: address change. (Filo, Jennifer) (Entered: 04/03/2007) |
| 04/03/2007 | | DOCKET SHEET sent to Sean Piggott (Filo, Jennifer) (Entered: 04/03/2007) |
| 11/07/2007 | 28 | Letter/request (non-motion) from Sean Piggott to Judge Gertner. (Gaudet, Jennifer) (Entered: 11/07/2007) |
| 12/13/2007 | | Judge Nancy Gertner : Electronic ORDER entered: Pro se plaintiff's letter (# 28) is taken as a Motion to Reopen the case and is GRANTED. It appears that claims remain against defendant Dennehy. The parties are hereby ORDERED to file dispositive motions, if any, by 1/10/2008. The plaintiff is further ORDERED to brief by 1/10/2008, the question of why his claims for prospective relief against Dennehy should not be dismissed as moot, given that Piggott is no longer an inmate in the Massachusetts correctional system. A scheduling conference will be held if necessary after the dispositive motions are filed. (Gertner, Nancy) (Entered: 12/13/2007) |
| 12/13/2007 | | Case Reopened (Gaudet, Jennifer) (Entered: 12/13/2007) |
| 01/02/2008 | 29 | Letter/request (non-motion) from Sean Piggott re: change of address. (Attachments: # 1 Exhibits)(Gaudet, Jennifer) (Entered: 01/03/2008) |
| 01/09/2008 | 30 | MOTION for Summary Judgment by Kathleen M. Dennehy.(Rentsch, David) (Entered: 01/09/2008) |
| 01/09/2008 | 31 | MEMORANDUM in Support re 30 MOTION for Summary Judgment filed by Kathleen M. Dennehy. (Rentsch, David) (Entered: 01/09/2008) |
| 01/31/2008 | | Judge Judge Nancy Gertner: ELECTRONIC ENDORSEMENT re 29 Letter/request. "The Letter 29 is taken as a Motion for Extension of Time and is GRANTED. Plaintiff Piggott has until 3/1/2008 to file a response to defendant's Motion for Summary Judgment and to address the issues raised in this Court's order of Dec. 13." (Gaudet, Jennifer) (Entered: 01/31/2008) |
| 02/11/2008 | 32 | Letter/request (non-motion) from Sean Piggott re: Response to defendants' Motion for Summary Judgment. (Gaudet, Jennifer) (Entered: 02/13/2008) |
| 02/25/2008 | 33 | Opposition re 30 MOTION for Summary Judgment filed by Sean S Piggott. |

|            |    | (Gaudet, Jennifer) (Entered: 03/10/2008) |
|------------|----|------------------------------------------|
| 02/25/2008 | 34 | MEMORANDUM in Opposition re 30 MOTION for Summary Judgment filed by Sean S Piggott. (Gaudet, Jennifer) (Entered: 03/10/2008) |
| 05/29/2008 | 35 | Judge Nancy Gertner: ORDER entered granting 30 Motion for Summary Judgment. (MacDonald, Gail) (Entered: 05/29/2008) |
| 05/29/2008 | 36 | Judge Nancy Gertner: ORDER entered; JUDGMENT in favor of defendant against plaintiff.(Gaudet, Jennifer) (Entered: 06/02/2008) |
| 06/20/2008 | 37 | NOTICE OF APPEAL as to 36 Judgment by Sean S Piggott NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/10/2008. (Gaudet, Jennifer) (Entered: 06/26/2008) |